# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Sherry Ritter**
          Plaintiff
  vs.                        **CASE NUMBER: 6:09-CV-1167 (NAM/VEB)**

**Michael J. Astrue, Commissioner of Social Security**
          Defendant

**Decision by Court.**  This action came to hearing before the Court.
The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendation of Magistrate Judge Victor E. Bianchini is ADOPTED in its entirety and the Complaint filed by Sherry Ritter is hereby DISMISSED. Judgment is entered in favor of Michael J. Astrue, Commissioner of Social Security and this case is closed.

All of the above pursuant to the order of the Honorable Judge Norman A. Morude, dated the 15th day of May, 2012.

DATED: May 15, 2012

*[signature]*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk